Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25−21422−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michele M ElFanagily
   aka Michele El Fanagily, aka Michele M.
   Donato, aka Michele Donato, aka Michele
   ElFanagily
   1939 Merrimac Drive
   Toms River, NJ 08753

Social Security No.:
   xxx−xx−6118

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           1/21/26
Time:           10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 25, 2025
JAN: wdr

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                           Case No. 25-21422-MBK

Michele M ElFanagily                                                                             Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                    User: admin                                     Page 1 of 3
Date Rcvd: Nov 25, 2025                 Form ID: 132                                    Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michele M ElFanagily, 1939 Merrimac Drive, Toms River, NJ 08753-3190 |
| 520861917 | + | Powers Kirn, LLC, 728 Marne Highway, Suite 200, Moorestown, NJ 08057-3128 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 25 2025 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 25 2025 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520861895 | | Email/Text: famc-bk@1stassociates.com | Nov 25 2025 20:44:00 | 1st Access/Tbom/Vt, PO Box 89028, Sioux Falls, SD 57109-9028 |
| 520863757 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 25 2025 20:59:47 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520880293 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 25 2025 21:00:08 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520861898 | | Email/Text: ally@ebn.phinsolutions.com | Nov 25 2025 20:43:00 | Ally Financial, Inc, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 520861897 | | Email/Text: ally@ebn.phinsolutions.com | Nov 25 2025 20:43:00 | Ally Financial, Inc, PO Box 380901, Bloomington, MN 55438-0901 |
| 520861899 | | Email/PDF: ebn_ais@aisinfo.com | Nov 25 2025 20:59:20 | American Infosource, Inc., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520866075 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 25 2025 20:59:14 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520861901 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 25 2025 20:47:26 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520861900 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 25 2025 21:00:12 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520861902 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 25 2025 21:00:12 | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520861905 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 25 2025 20:59:52 | Citibank, Attn: Bankruptcy Department, PO Box 790046, Saint Louis, MO 63179-0046 |
| 520861904 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 25 2025 20:59:52 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO |

Case 25-21422-MBK    Doc 15    Filed 11/27/25    Entered 11/28/25 00:14:02    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 25, 2025 | Form ID: 132 | Total Noticed: 29 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 63179-0040 |
| 520861906 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 25 2025 20:47:30 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 520861908 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 25 2025 20:48:24 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520861913 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 25 2025 20:59:24 | LVNV Funding LLC, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 520861916 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 25 2025 20:48:55 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520861914 | | Email/Text: BKMAIL@planethomelending.com | Nov 25 2025 20:43:00 | Planet Home Lending, LLC, 10 Research Pkwy, Wallingford, CT 06492-1963 |
| 520861915 | | Email/Text: BKMAIL@planethomelending.com | Nov 25 2025 20:43:00 | Planet Home Lending, LLC, 321 Research Pkwy, Ste 303, Meriden, CT 06450-8342 |
| 520861918 | + | Email/Text: DeftBkr@santander.us | Nov 25 2025 20:43:00 | Santander Bank, 450 Penn Street, PA-450-FB1, Reading, PA 19602-1011 |
| 520861919 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 25 2025 21:00:08 | Synchrony Bank, PO Box 71729, Philadelphia, PA 19176-1729 |
| 520861921 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 25 2025 20:48:19 | Synchrony Bank, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520861922 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 25 2025 20:59:12 | Synchrony Bank, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 520861923 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 25 2025 20:48:18 | Synchrony Bank/Jcpenney, PO Box 71729, Philadelphia, PA 19176-1729 |
| 520861925 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 25 2025 20:59:52 | Synchrony Bank/Jcpenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520861927 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 25 2025 20:43:00 | Verizon, PO Box 25505, Lehigh Valley, PA 18002-5505 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520861910 | | Lvnv Funding LLC |
| 520861911 | | Lvnv Funding LLC |
| 520861912 | | Lvnv Funding LLC |
| 520897515 | | Lvnv Funding LLC |
| 520897516 | | Lvnv Funding LLC |
| 520897517 | | Lvnv Funding LLC |
| 520861896 | * | 1st Access/Tbom/Vt, PO Box 89028, Sioux Falls, SD 57109-9028 |
| 520897500 | * | 1st Access/Tbom/Vt, PO Box 89028, Sioux Falls, SD 57109-9028 |
| 520897501 | * | 1st Access/Tbom/Vt, PO Box 89028, Sioux Falls, SD 57109-9028 |
| 520897503 | * | Ally Financial, Inc, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 520897502 | * | Ally Financial, Inc, PO Box 380901, Bloomington, MN 55438-0901 |
| 520897504 | * | American Infosource, Inc., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520897506 | * | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520897505 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520861903 | * | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520897507 | * | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520897508 | * | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520897510 | * | Citibank, Attn: Bankruptcy Department, PO Box 790046, Saint Louis, MO 63179-0046 |
| 520897509 | * | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520861907 | * | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 520897511 | * | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |

| | | |
|---|---|---|
| 520897512 | * | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 520861909 | * | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520897513 | * | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520897514 | * | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520897518 | * | LVNV Funding LLC, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 520897521 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520897519 | * | Planet Home Lending, LLC, 10 Research Pkwy, Wallingford, CT 06492-1963 |
| 520897520 | * | Planet Home Lending, LLC, 321 Research Pkwy, Ste 303, Meriden, CT 06450-8342 |
| 520897522 | *+ | Powers Kirn, LLC, 728 Marne Highway, Suite 200, Moorestown, NJ 08057-3128 |
| 520897523 | *+ | Santander Bank, 450 Penn Street, PA-450-FB1, Reading, PA 19602-1011 |
| 520861920 | *+ | Synchrony Bank, PO Box 71729, Philadelphia, PA 19176-1729 |
| 520897524 | *+ | Synchrony Bank, PO Box 71729, Philadelphia, PA 19176-1729 |
| 520897525 | *+ | Synchrony Bank, PO Box 71729, Philadelphia, PA 19176-1729 |
| 520897526 | * | Synchrony Bank, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520897527 | * | Synchrony Bank, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 520861924 | *+ | Synchrony Bank/Jcpenney, PO Box 71729, Philadelphia, PA 19176-1729 |
| 520897528 | *+ | Synchrony Bank/Jcpenney, PO Box 71729, Philadelphia, PA 19176-1729 |
| 520897529 | *+ | Synchrony Bank/Jcpenney, PO Box 71729, Philadelphia, PA 19176-1729 |
| 520861926 | * | Synchrony Bank/Jcpenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520897530 | * | Synchrony Bank/Jcpenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520897531 | * | Synchrony Bank/Jcpenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520897532 | * | Verizon, PO Box 25505, Lehigh Valley, PA 18002-5505 |

TOTAL: 6 Undeliverable, 37 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2025              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Michele M ElFanagily bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Planet Home Lending  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers, III | on behalf of Creditor Planet Home Lending  LLC ecf@powerskirn.com |

TOTAL: 5