| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| --- | --- |
| **Caption in Compliance with D.N.J. LBR 9004-1** | |
| DENISE CARLON, ESQUIRE KML LAW GROUP, P.C. 701 Market Street, Suite 5000 Philadelphia, PA 19106 215-627-1322 dcarlon@kmllawgroup.com Attorneys for Secured Creditor: Planet Home Lending, LLC | |
| In Re: Michele M ElFanagily aka Michele El Fanagily, aka Michele M. Donato, aka Michele ElFanagily, aka Michele Donato Debtor | Case No.:  25-21422 MBK Hearing Date: 1/21/2026 @ 10 a.m. Judge:  Michael B. Kaplan |

Order Filed on January 20, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: January 20, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2

| Debtor: | Michele M ElFanagily aka Michele El Fanagily, aka Michele M. Donato, aka Michele ElFanagily, aka Michele Donato |
|---|---|
| Case No.: | 25-21422 MBK |
| Caption: | **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN** |

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor Planet Home Lending, LLC, holder of a mortgage on real property located at 1939 Merrimac Dr, Toms River, NJ, 08753, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Daniel E. Straffi, Esquire, attorney for Debtor, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor is to obtain a loan modification by April 1, 2026, or as may be extended by an application to extend the loss mitigation period; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor is to make post-petition payments in accordance with the terms of the loss mitigation order while the loss mitigation period is active; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Trustee is pay the arrears per the plan while the loan modification is pending; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor does not waive its rights to the pre-petition arrears or the difference between the regular post-petition payment and the loss mitigation payment, or any other post-petition arrears that may accrue; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that if the loan modification is not successful, Debtor shall modify the plan to otherwise address Secured Creditor's claim; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.