

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY **Caption in Compliance with D.N.J. LBR 9004-1** DENISE CARLON, ESQUIRE KML LAW GROUP, P.C. 701 Market Street, Suite 5000 Philadelphia, PA 19106 215-627-1322 dcarlon@kmllawgroup.com Attorneys for Secured Creditor: Planet Home Lending, LLC | **Order Filed on January 20, 2026 by Clerk U.S. Bankruptcy Court District of New Jersey** |
|---|---|
| In Re: Michele M ElFanagily aka Michele El Fanagily, aka Michele M. Donato, aka Michele ElFanagily, aka Michele Donato Debtor | Case No.: 25-21422 MBK Hearing Date: 1/21/2026 @ 10 a.m. Judge: Michael B. Kaplan |

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: January 20, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor:          Michele M ElFanagily aka Michele El Fanagily, aka Michele M. Donato, aka
                 Michele ElFanagily, aka Michele Donato
Case No.:        25-21422 MBK
Caption:         **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO
                 DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor Planet Home Lending, LLC, holder of a mortgage on real property located at 1939 Merrimac Dr, Toms River, NJ, 08753, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Daniel E. Straffi, Esquire, attorney for Debtor, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor is to obtain a loan modification by April 1, 2026, or as may be extended by an application to extend the loss mitigation period; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor is to make post-petition payments in accordance with the terms of the loss mitigation order while the loss mitigation period is active; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Trustee is pay the arrears per the plan while the loan modification is pending; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor does not waive its rights to the pre-petition arrears or the difference between the regular post-petition payment and the loss mitigation payment, or any other post-petition arrears that may accrue; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that if the loan modification is not successful, Debtor shall modify the plan to otherwise address Secured Creditor's claim; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 25-21422-MBK

Michele M ElFanagily                                                               Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                              User: admin                                          Page 1 of 1

Date Rcvd: Jan 20, 2026                        Form ID: pdf903                                    Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+                     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                      regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2026:**

**Recip ID**                    **Recipient Name and Address**
db                        +  Michele M ElFanagily, 1939 Merrimac Drive, Toms River, NJ 08753-3190

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2026                                  Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2026 at the address(es) listed below:**

**Name**                           **Email Address**

Albert Russo
                                   docs@russotrustee.com

Daniel E. Straffi
                                   on behalf of Debtor Michele M ElFanagily bkclient@straffilaw.com
                                   g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Denise E. Carlon
                                   on behalf of Creditor Planet Home Lending  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

U.S. Trustee
                                   USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers, III
                                   on behalf of Creditor Planet Home Lending  LLC ecf@powerskirn.com

TOTAL: 5