Office Mailing Address:

Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:

Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/19/2026
**Chapter 13 Case No. 25-21422 / MBK**

Michele M ElFanagily

Petition Filed Date: 10/27/2025
341 Hearing Date: 12/04/2025
Confirmation Date:

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 01/21/2026 | $1,500.00 | 4381755 | | | | | | |

**Total Receipts for the Period: $1,500.00  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $1,500.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Michele M ElFanagily | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Daniel E. Straffi, Esq. | Attorney Fees<br>Hold Funds: Reserve | $3,150.00 | $0.00 | $3,150.00 |
| 1 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP OF AMERICA HOLDINGS | Unsecured Creditors | $4,553.75 | $0.00 | $0.00 |
| 2 | ALLY CAPITAL<br>»» 2024 VOLKSWAGEN JETTA | Debt Secured by Vehicle | $0.07 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC<br>»» #DC-012982-19 | Unsecured Creditors | $818.24 | $0.00 | $0.00 |
| 4 | SANTANDER BANK, NA | Unsecured Creditors | $8,633.80 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» LOWES | Unsecured Creditors | $2,074.48 | $0.00 | $0.00 |
| 6 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» MASTERCARD WORLD ELITE | Unsecured Creditors | $139.24 | $0.00 | $0.00 |
| 7 | Planet Home Lending, LLC<br>»» 1939 MERRIMAC DR/1ST MTG/ORDER 1/20/26 | Mortgage Arrears | $206,741.14 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-21422 / MBK**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,500.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $500.00 |
| Paid to Trustee: | $111.00 | Arrearages: | $500.00 |
| Funds on Hand: | $1,389.00 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE*!  **Register today at www.ndc.org or scan this code to get started.**

