Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25−21422−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michele M ElFanagily
aka Michele El Fanagily, aka Michele M.
Donato, aka Michele Donato, aka Michele
ElFanagily
1939 Merrimac Drive
Toms River, NJ 08753

Social Security No.:
   xxx−xx−6118

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 6, 2026.

Dated: March 6, 2026
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 25-21422-MBK

Michele M ElFanagily                                                                      Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                         User: admin                              Page 1 of 4

Date Rcvd: Mar 06, 2026                      Form ID: plncf13                          Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Michele M ElFanagily, 1939 Merrimac Drive, Toms River, NJ 08753-3190 |
| 520861917 | + | Powers Kirn, LLC, 728 Marne Highway, Suite 200, Moorestown, NJ 08057-3128 |
| 520921084 | ++++ | SANTANDER BANK, N.A., MC: PA-WYO-CP3, 1001 COMMONS BLVD, READING PA 19605-5500 address filed with court:, Santander Bank, N.A., 10 Commons Blvd, MC: PA-WYO-CP3, Reading, PA 19605 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 06 2026 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 06 2026 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520861895 | | Email/Text: famc-bk@1stassociates.com | Mar 06 2026 20:47:00 | 1st Access/Tbom/Vt, PO Box 89028, Sioux Falls, SD 57109-9028 |
| 520863757 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 06 2026 20:54:48 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520880293 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 06 2026 20:54:48 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520861898 | | Email/Text: ally@ebn.phinsolutions.com | Mar 06 2026 20:46:00 | Ally Financial, Inc, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 520861897 | | Email/Text: ally@ebn.phinsolutions.com | Mar 06 2026 20:46:00 | Ally Financial, Inc, PO Box 380901, Bloomington, MN 55438-0901 |
| 520861899 | | Email/PDF: ebn_ais@aisinfo.com | Mar 06 2026 20:54:49 | American Infosource, Inc., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520866075 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 06 2026 20:54:39 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520861901 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 06 2026 20:54:47 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520861900 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 06 2026 20:54:47 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520861902 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 06 2026 20:54:39 | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520861905 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 06, 2026 | Form ID: plncf13 | Total Noticed: 34 |

| | | |
|---|---|---|
| | Mar 06 2026 20:54:50 | Citibank, Attn: Bankruptcy Department, PO Box 790046, Saint Louis, MO 63179-0046 |
| 520861904    Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | Mar 06 2026 20:54:50 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520861906    Email/PDF: creditonebknotifications@resurgent.com | | |
| | Mar 06 2026 20:54:38 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 520861908    Email/PDF: creditonebknotifications@resurgent.com | | |
| | Mar 06 2026 20:54:24 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520934751    Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | Mar 06 2026 20:47:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520905291    Email/PDF: resurgentbknotifications@resurgent.com | | |
| | Mar 06 2026 20:54:26 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520861913    Email/PDF: resurgentbknotifications@resurgent.com | | |
| | Mar 06 2026 20:54:39 | LVNV Funding LLC, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 520861916    Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | Mar 06 2026 20:54:38 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520928843    Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | Mar 06 2026 20:54:25 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 520861914    Email/Text: BKMAIL@planethomelending.com | | |
| | Mar 06 2026 20:47:00 | Planet Home Lending, LLC, 10 Research Pkwy, Wallingford, CT 06492-1963 |
| 520937766  +  Email/Text: BKMAIL@planethomelending.com | | |
| | Mar 06 2026 20:47:00 | Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |
| 520861915    Email/Text: BKMAIL@planethomelending.com | | |
| | Mar 06 2026 20:47:00 | Planet Home Lending, LLC, 321 Research Pkwy, Ste 303, Meriden, CT 06450-8342 |
| 520861918  +  Email/Text: DeftBkr@santander.us | | |
| | Mar 06 2026 20:47:00 | Santander Bank, 450 Penn Street, PA-450-FB1, Reading, PA 19602-1011 |
| 520861919  +  Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | Mar 06 2026 20:54:21 | Synchrony Bank, PO Box 71729, Philadelphia, PA 19176-1729 |
| 520861921    Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | Mar 06 2026 20:54:46 | Synchrony Bank, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520861922    Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | Mar 06 2026 20:54:36 | Synchrony Bank, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 520861923  +  Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | Mar 06 2026 20:54:21 | Synchrony Bank/Jcpenney, PO Box 71729, Philadelphia, PA 19176-1729 |
| 520861925    Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | Mar 06 2026 20:54:36 | Synchrony Bank/Jcpenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520861927    Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | Mar 06 2026 20:45:00 | Verizon, PO Box 25505, Lehigh Valley, PA 18002-5505 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520861910 | | Lvnv Funding LLC |
| 520861911 | | Lvnv Funding LLC |
| 520861912 | | Lvnv Funding LLC |
| 520897515 | | Lvnv Funding LLC |
| 520897516 | | Lvnv Funding LLC |
| 520897517 | | Lvnv Funding LLC |
| 520861896 | * | 1st Access/Tbom/Vt, PO Box 89028, Sioux Falls, SD 57109-9028 |

District/off: 0312-3                          User: admin                              Page 3 of 4
Date Rcvd: Mar 06, 2026                       Form ID: plncf13                          Total Noticed: 34

| 520897500 | * | 1st Access/Tbom/Vt, PO Box 89028, Sioux Falls, SD 57109-9028 |
| 520897501 | * | 1st Access/Tbom/Vt, PO Box 89028, Sioux Falls, SD 57109-9028 |
| 520897503 | * | Ally Financial, Inc, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 520897502 | * | Ally Financial, Inc, PO Box 380901, Bloomington, MN 55438-0901 |
| 520897504 | * | American Infosource, Inc., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520897506 | * | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520897505 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520861903 | * | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520897507 | * | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520897508 | * | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520897510 | * | Citibank, Attn: Bankruptcy Department, PO Box 790046, Saint Louis, MO 63179-0046 |
| 520897509 | * | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520861907 | * | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 520897511 | * | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 520897512 | * | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 520861909 | * | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520897513 | * | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520897514 | * | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520897518 | * | LVNV Funding LLC, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 520897521 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520897519 | * | Planet Home Lending, LLC, 10 Research Pkwy, Wallingford, CT 06492-1963 |
| 520897520 | * | Planet Home Lending, LLC, 321 Research Pkwy, Ste 303, Meriden, CT 06450-8342 |
| 520897522 | *+ | Powers Kirn, LLC, 728 Marne Highway, Suite 200, Moorestown, NJ 08057-3128 |
| 520897523 | *+ | Santander Bank, 450 Penn Street, PA-450-FB1, Reading, PA 19602-1011 |
| 520861920 | *+ | Synchrony Bank, PO Box 71729, Philadelphia, PA 19176-1729 |
| 520897524 | *+ | Synchrony Bank, PO Box 71729, Philadelphia, PA 19176-1729 |
| 520897525 | *+ | Synchrony Bank, PO Box 71729, Philadelphia, PA 19176-1729 |
| 520897526 | * | Synchrony Bank, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520897527 | * | Synchrony Bank, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 520861924 | *+ | Synchrony Bank/Jcpenney, PO Box 71729, Philadelphia, PA 19176-1729 |
| 520897528 | *+ | Synchrony Bank/Jcpenney, PO Box 71729, Philadelphia, PA 19176-1729 |
| 520897529 | *+ | Synchrony Bank/Jcpenney, PO Box 71729, Philadelphia, PA 19176-1729 |
| 520861926 | * | Synchrony Bank/Jcpenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520897530 | * | Synchrony Bank/Jcpenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520897531 | * | Synchrony Bank/Jcpenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520897532 | * | Verizon, PO Box 25505, Lehigh Valley, PA 18002-5505 |

TOTAL: 6 Undeliverable, 37 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2026                          Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2026 at the address(es) listed below:**

**Name**                        **Email Address**

Albert Russo

docs@russotrustee.com

District/off: 0312-3                          User: admin                                   Page 4 of 4
Date Rcvd: Mar 06, 2026                       Form ID: plncf13                              Total Noticed: 34

Daniel E. Straffi
                        on behalf of Debtor Michele M ElFanagily bkclient@straffilaw.com
                        g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Denise E. Carlon
                        on behalf of Creditor Planet Home Lending  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers, III
                        on behalf of Creditor Planet Home Lending  LLC ecf@powerskirn.com


TOTAL: 5